UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. SAVENA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY N. EDWARDS,<br><br>Defendants. | Civil Action No. 07 Civ. 9837 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Michael J. Savena voluntarily dimisses without prejudice his Complaint in this action.

Respectfully submitted, this 9th day of January, 2008.

**CHITWOOD HARLEY HARNES LLP**

 S/_____
Darren T. Kaplan  (DTK-8190)
11 Grace Avenue, Suite 306
Great Neck, NY 11021
Tel:  (516) 773-6090
Fax:  (561) 555-1212

**CHITWOOD HARLEY HARNES LLP**
James M. Wilson (JMW-2881)
Martin D. Chitwood
Nikole M. Davenport
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel:  (404) 873-3900
Fax:  (404) 876-4476

*Counsel for Plaintiff Michael J. Savena*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. SAVENA,<br>Individually and On Behalf of All Others<br>Similarly Situated,<br><br>              Plaintiff,<br><br>MERRILL LYNCH & CO., INC., E.<br>STANLEY O'NEAL, AHMASS L.<br>FAKAHANY, GREGORY J. FLEMING<br>and JEFFREY N. EDWARDS,<br><br>              Defendants. | Civil Action No. 07 Civ. 9837 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing "**Notice of Voluntary Dismissal Without Prejudice**" by electronic filing and by depositing a true and correct copy of same in the United States Mail, postage prepaid, addressed to counsel for Defendants as follows:

>Jay B. Kasner
>Scott Musoff
>**Skadden, Arps, Slate, Meagher & Flom LLP**
>Four Times Square
>New York, NY 10036-6522

This 9th day of January, 2008.

**CHITWOOD HARLEY HARNES LLP**

S/_____
Darren T. Kaplan  (DTK-8190)
11 Grace Avenue, Suite 306
Great Neck, NY 11021
Tel:  (516) 773-6090
Fax:  (561) 555-1212

**CHITWOOD HARLEY HARNES LLP**
James M. Wilson (JMW-2881)
Martin D. Chitwood
Nikole M. Davenport
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476