UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEIL, AHMASS L, FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>      Defendants. | **ELECTRONICALLY FILED**<br><br><br>CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING and JEFFREY N. EDWARDS,<br><br>      Defendants. | CIVIL ACTION No. 07cv09837 (LBS) |

[Additional Captions on Following Page]

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

| | |
|---|---|
| GARY KOSEFF, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>      Defendants. | CIVIL ACTION No. 07cv10984 (LBS) |
| ROBERT R. GARBER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>      Defendants. | CIVIL ACTION No. 07cv11080 (LBS) |
| JAMES CONN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PERTERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,<br><br>      Defendants. | CIVIL ACTION No. 07cv11626 (LBS) |

Pursuant to Local Civil Rule 1.4, the law firm of Schiffrin Barroway Topaz & Kessler, LLP ("SBTK"), and its attorneys of record, hereby request an order permitting SBTK to withdraw as counsel of record for lead plaintiff movant the State Teachers' Retirement System of Ohio ("Ohio STRS") in the above-captioned actions.

Currently, there are two pending motions for the consolidation of actions and appointment of lead plaintiff and approval of lead plaintiff's selection of counsel filed by movants Ohio STRS and James Conn. Opposition briefs to these motions were filed on January 18, 2008.

Ohio STRS remains represented by the law firms of Kaplan Fox & Kilsheimer LLP and Berger & Montague, P.C. Therefore, there is good cause to permit SBTK's withdrawal.

DATED: January 30, 2008

Respectfully Submitted,

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

By: s/ Karen E. Reilly
    Karen E. Reilly, NY Bar No: 2122893
    Richard S. Schiffrin
    Andrew L. Barroway
    Sean M. Handler
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed true and correct copies of the foregoing document with the Clerk of Court via the CM/ECF system which will send notification to counsel registered for CM/ECF. I have also mailed copies of the foregoing documents to be served via U.S. mail to the non-ECF participants listed on the attached Service List.

Dated: January 30, 2008          By: s/ Karen E. Reilly
                                                                     Karen E. Reilly, NY Bar No: 2122893
**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

**NON-CM/ECF SERVICE LIST**

Alfred G. Yates, Jr.
Gerald L. Rutledge
**Law Office of Alfred G. Yates Jr. PC**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164
Fax: (412) 471-1033

*Counsel for Plaintiff Robert R. Garber*

**Joshua B. Silverman**
One North LaSalle Street
Suite 2225
Chicago, IL 60602
(312) 377-1181
Fax: (312) 377-1184

*Counsel for Plaintiff James Conn*

Patrick V. Dahlstrom
**Pomerantz Haudek Block Grossman & Gross LLP**
100 Park Avenue, 26th Floor
New York, NY 10017
(212)661-1100
Fax: (212)661-8665

*Counsel for Plaintiff James Conn*

Joseph W. Cotchett
Mark Cotton Molumphy
**Cotchett, Pitre & Simon**
San Francisco Airport Office Center
840 Malcolm Rd.
Burlingame, CA 94010
(650) 697-6000

*Counsel for Plaintiff James Conn*

Nancy L. Fineman
**Cotchett Pitre Simon & McCarthy**
840 Malcolm Road
Suite 200
Burlingame, CA 94010
(650)697-6000

*Counsel for Plaintiff James Conn*