SAND, S:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL J. SAVENA,
Individually and On Behalf of All Others
Similarly Situated,

        Plaintiff,

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, AHMASS L.
FAKAHANY, GREGORY J. FLEMING
and JEFFREY N. EDWARDS,

        Defendants.

---

Civil Action No. 07 Civ. 9837 (LBS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Michael J. Savena voluntarily dismisses without prejudice his Complaint in this action.

Respectfully submitted, this 4th day of February, 2008.

        CHITWOOD HARLEY HARNES LLP

        */s/ Darren T. Kaplan*

        Darren T. Kaplan (DTK-8190)
        11 Grace Avenue, Suite 306
        Great Neck, NY 11021
        Tel: (516) 773-6090

*So ordered*
*/s/ Sand*
*USDJ*
*2/5/08*

**CHITWOOD HARLEY HARNES LLP**
James M. Wilson (JMW-2881)
Martin D. Chitwood
Nikole M. Davenport
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

*Counsel for Plaintiff Michael J. Savena*