UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv9633 (LBS) |
| Plaintiff, | **ELECTRONICALLY FILED** |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv9837 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| GARY KOSSEFF, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv10984 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |

*[Additional Captions on Following Page]*

**NOTICE OF APPEARANCE OF A. ARNOLD GERSHON
AS CO-COUNSEL ON BEHALF OF LEAD PLAINTIFF MOVANT
THE STATE TEACHERS' RETIREMENT SYSTEM OF OHIO**

| | | |
|---|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv11080 (LBS) |
| Plaintiff, | : : | |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : : | |
| Defendants. | : : | |
| JAMES CONN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv11626 (LBS) |
| Plaintiff, | : : | |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI, | : : : : : : : : | |
| Defendants. | : : | |

TO THE CLERK:

PLEASE TAKE NOTICE that A. Arnold Gershon, of the law firm Barrack Rodos & Bacine, with offices at 1350 Broadway, Suite 1001, New York, New York 10018, and 2001 Market Street, 3300 Two Commerce Square, Philadelphia, Pennsylvania 19103, hereby enter my appearance as co-counsel for lead plaintiff movant the State Teachers' Retirement Systems of

2

Ohio in the above-captioned actions and as proposed co-lead counsel for the class. All future pleadings should be served upon Barrack Rodos & Bacine at the address set forth below.

Dated: February 19, 2008  
      New York, New York

Respectfully submitted,

BARRACK, RODOS & BACINE

By:  s/ A. Arnold Gershon (AAG-3809)  
    A. Arnold Gershon (AG-3809)  
    1350 Broadway  
    Suite 1001  
    New York, NY 10018  
    (212) 688-0782  
    Fax: (212) 688-0783  
    Email: agershon@barrack.com

and

M. Richard Komins  
Jeffrey A. Barrack  
BARRACK, RODOS & BACINE  
3300 Two Commerce Square  
2001 Market Street  
Philadelphia, PA 19103  
(215) 963-0600  
Fax: (215) 963-0838  
Email: mkomins@barrack.com  
       jbarrack@barrack.com

*Proposed Co-Lead Counsel for Lead Plaintiff Movant the State Teachers' Retirement System of Ohio*