UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE ENRICHMENT FOUNDATION, individually
and on behalf all others similarly situated,

        Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

        Defendants.

CIVIL ACTION No. 07cv9633 (LBS)

---

MICHAEL J. SAVENA, individually and on behalf
of all others similarly situated,

        Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

        Defendants.

CIVIL ACTION No. 07cv9837 (LBS)

---

[Additional Captions on Following Page]

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

GARY KOSSEFF, individually and on behalf of all
others similarly situated,

               Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

               Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf
of all others similarly situated,

               Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY J.
FLEMING, and JEFFREY N. EDWARDS,

               Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all
others similarly situated,

               Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, JEFFREY N. EDWARDS, LAWRENCE
A. TOSI, ARMANDO M. CODINA, VIRGIS W.
COLBERT, ALBERTO CRIBIORE, JOHN D.
FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER,
ANN N. REESE, and CHARLES O. ROSSOTTI,

               Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Joel B. Strauss, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Lawrence J. Lederer, Arthur M. Stock and Lane L. Vines, of the law firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103 (Phone No.: 215/875-3000; Fax No: 215/875-4604).

As set forth in the accompanying Affidavit of Joel B. Strauss in support hereof:

-- Lawrence J. Lederer is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia. There are no pending disciplinary proceeding against Lawrence J. Lederer in any State or Federal court;

-- Arthur M. Stock is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceeding against Arthur M. Stock in any State or Federal court; and

-- Lane L. Vines is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceeding against Lane L. Vines in any State or Federal court.

Dated: February 8, 2008
      New York, New York

Respectfully submitted,

Joel B. Strauss, Esq.
Kaplan Fox & Kilsheimer LL LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for the State Teachers' Retirement System of Ohio*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION No. 07cv9837 (LBS) |

[Additional Captions on Following Page]

**AFFIDAVIT OF JOEL B. STRAUSS IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE**

GARY KOSSEFF, individually and on behalf of all
others similarly situated,

                  Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

                  Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf
of all others similarly situated,

                  Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY J.
FLEMING, and JEFFREY N. EDWARDS,

                  Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all
others similarly situated,

                  Plaintiff,

    v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, JEFFREY N. EDWARDS, LAWRENCE
A. TOSI, ARMANDO M. CODINA, VIRGIS W.
COLBERT, ALBERTO CRIBIORE, JOHN D.
FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER,
ANN N. REESE, and CHARLES O. ROSSOTTI,

                  Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

State of New York    **)**
                             **)** SS:
County of New York **)**

       Joel B. Strauss, being duly sworn, hereby deposes and says as follows:

     1.     I am a Partner at Kaplan Fox & Kilsheimer LLP, counsel for the State

Teachers' Retirement System of Ohio ("Ohio STRS") in the above captioned litigation,

and am familiar with the proceedings therein.  I make this Affidavit based on my personal

knowledge of the facts set forth herein and in support of Ohio STRS's motion to admit

Lawrence J. Lederer, Arthur M. Stock and Lane L. Vines as counsel *pro hac vice* to

represent Ohio STRS in this litigation.

     2.     I am a member in good standing of the Bars of the States of New York and

New Jersey.  I am also admitted to the Bar of the United States District Court for the

Southern District of New York, and am in good standing with this Court.

     3.     Lawrence J. Lederer is a shareholder in the law firm of Berger &

Montague, P.C. in Philadelphia, Pennsylvania, and is a member in good standing of the

Bars of the Commonwealth of Pennsylvania and the District of Columbia.  An Affidavit

from Mr. Lederer is attached as Exhibit A.

     4.     Arthur M. Stock is a shareholder in the law firm of Berger & Montague,

P.C. in Philadelphia, Pennsylvania, and is a member in good standing of the Bar of the

Commonwealth of Pennsylvania.  An Affidavit from Mr. Stock is attached as Exhibit B.

     5.     Lane L. Vines is an associate in the law firm of Berger & Montague, P.C.

in Philadelphia, Pennsylvania, and is a member in good standing of the Bars of the

Commonwealth of Pennsylvania and the State of New Jersey. An Affidavit from Mr. Vines is attached as Exhibit C.

6.    I have found Messrs. Lederer, Stock and Vines to be skilled attorneys and persons of integrity, and to be experienced in Federal practice and familiar with the Federal Rules of Procedure.

7.    Accordingly, I am pleased to move the admission *pro hac vice* of Messrs. Lederer, Stock and Vines, and respectfully submit a proposed Order for these admissions, which is attached hereto as Exhibit D.

WHEREFORE it is respectfully requested that the motion to admit *pro hac vice* Lawrence J. Lederer, Arthur M. Stock and Lane L. Vines be granted.

Dated: February 8, 2008.
       New York, New York

_____
Joel B. Strauss

Sworn to and subscribed before me
this 8 day of February, 2008.

_____
Notary Public

CHRISTINE M. FOX
Notary Public, State of New York
No. 02FO5059572
Qualified in New York County
Commission Expires April 29, 2008

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated, | CIVIL ACTION No. 07cv9633 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | CIVIL ACTION No. 07cv9837 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |

[Additional Captions on Following Page]


**AFFIDAVIT OF LAWRENCE J. LEDERER**

GARY KOSSEFF, individually and on behalf of all others similarly situated,

                Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,

                Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf of all others similarly situated,

                Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,

                Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all others similarly situated,

                Plaintiff,

     v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,

                Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

Commonwealth of Pennsylvania     )
                                   ) SS:
County of Philadelphia               )

         Lawrence J. Lederer, being duly sworn, hereby deposes and says as follows:

1.       I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the District of Columbia, and a shareholder in the law firm of Berger & Montague, P.C.  Together with others from my firm and co-counsel, I am counsel for the State Teachers' Retirement System of Ohio ("Ohio STRS").

2.       I make this Affidavit in support of Ohio STRS's motion for an Order to admit me *pro hac vice* in this action as counsel for Ohio STRS.

3.       I am a member of the Bars of the Commonwealth of Pennsylvania and the District of Columbia.  Attached as Exhibit 1 to this Affidavit are copies of Certificates of Good Standing from those Bars.

4.       There are no pending disciplinary proceedings against me in any State or Federal Court.

5.       WHEREFORE, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this litigation.

Dated: February  _5_ , 2008

                                  _____
                                  Lawrence J. Lederer

Sworn to and subscribed before me
this _5th_ day of February, 2008.

*Nina L Fischer*
Notary Public

COMMON... ... OF PENNSYLVANIA
Nina L ...          ...blic
City Of Philadelph... ...delphia County
My Commission Expires Apr. 2, 2009
Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Lawrence Jay Lederer, Esq.*

#### DATE OF ADMISSION

#### *November 27, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 11, 2008**

Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710


I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Lawrence J. Lederer

was on the    23rd    day of    September, 1988

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on January
11, 2008.


GARLAND PINKSTON, JR., CLERK


By: _____
              Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated, | CIVIL ACTION No. 07cv9633 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | CIVIL ACTION No. 07cv9837 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |

[Additional Captions on Following Page]

**AFFIDAVIT OF ARTHUR M. STOCK**

GARY KOSSEFF, individually and on behalf of all
others similarly situated,

               Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

               Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf
of all others similarly situated,

               Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY J.
FLEMING, and JEFFREY N. EDWARDS,

               Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all
others similarly situated,

               Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, JEFFREY N. EDWARDS, LAWRENCE
A. TOSI, ARMANDO M. CODINA, VIRGIS W.
COLBERT, ALBERTO CRIBIORE, JOHN D.
FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER,
ANN N. REESE, and CHARLES O. ROSSOTTI,

               Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

Commonwealth of Pennsylvania  )
                              ) SS:
County of Philadelphia         )

     Arthur M. Stock, being duly sworn, hereby deposes and says as follows:

     1.    I am an attorney admitted to practice in the Commonwealth of Pennsylvania and a shareholder in the law firm of Berger & Montague, P.C. Together with others from my firm and co-counsel, I am counsel for the State Teachers' Retirement System of Ohio ("Ohio STRS").

     2.    I make this Affidavit in support of Ohio STRS's motion for an Order to admit me *pro hac vice* in this action as counsel for Ohio STRS.

     3.    I am a member of the Bar of the Commonwealth of Pennsylvania. Attached as Exhibit 1 to this Affidavit is a copy of a Certificates of Good Standing from that Bar.

     4.    There are no pending disciplinary proceedings against me in any State or Federal Court.

     5.    WHEREFORE, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this litigation.

Dated: February 5, 2008

_____
Arthur M. Stock

Sworn to and subscribed before me
this 5th day of February, 2008.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nina L. Fischer, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 2, 2009
Member, Pennsylvania Association of Notaries



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Arthur Michael Stock, Esq.*

#### DATE OF ADMISSION

#### *May 15, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 11, 2008**

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION No. 07cv9837 (LBS) |

[Additional Captions on Following Page]

**AFFIDAVIT OF LANE L. VINES**

GARY KOSSEFF, individually and on behalf of all
others similarly situated,

                        Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

                     Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf
of all others similarly situated,

                        Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY J.
FLEMING, and JEFFREY N. EDWARDS,

                     Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all
others similarly situated,

                        Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, JEFFREY N. EDWARDS, LAWRENCE
A. TOSI, ARMANDO M. CODINA, VIRGIS W.
COLBERT, ALBERTO CRIBIORE, JOHN D.
FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER,
ANN N. REESE, and CHARLES O. ROSSOTTI,

                     Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

Commonwealth of Pennsylvania   )
                                       ) SS:
County of Philadelphia               )

Lane L. Vines, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey, and an associate in the law firm of Berger & Montague, P.C. Together with others from my firm and co-counsel, I am counsel for the State Teachers' Retirement System of Ohio ("Ohio STRS").

2.      I make this Affidavit in support of Ohio STRS's motion for an Order to admit me *pro hac vice* in this action as counsel for Ohio STRS.

3.      I am a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. Attached as Exhibit 1 to this Affidavit are copies of Certificates of Good Standing from those Bars.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      WHEREFORE, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this litigation.

Dated: February _5_, 2008

_____
Lane L. Vines

Sworn to and subscribed before me
this _5th_ day of February, 2008.

_Nina L Fischer_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nina L. Fischer, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 2, 2009
Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Lane Lanier Vines, Esq.*

### DATE OF ADMISSION

### *December 22, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
Dated:  January 11, 2008

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **LANE LANIER VINES** (No. **037051997** ) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **January** , 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated, | CIVIL ACTION No. 07cv9633 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | CIVIL ACTION No. 07cv9837 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |

[Additional Captions on Following Page]

**ORDER FOR ADMISSION PRO HAC VICE**

GARY KOSSEFF, individually and on behalf of all
others similarly situated,

              Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

              Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf
of all others similarly situated,

              Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY J.
FLEMING, and JEFFREY N. EDWARDS,

              Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all
others similarly situated,

              Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, JEFFREY N. EDWARDS, LAWRENCE
A. TOSI, ARMANDO M. CODINA, VIRGIS W.
COLBERT, ALBERTO CRIBIORE, JOHN D.
FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER,
ANN N. REESE, and CHARLES O. ROSSOTTI,

              Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

Upon the motion of Joel B. Strauss, counsel for the State Teachers' Retirement System of Ohio ("Ohio STRS") and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that Lawrence J. Lederer, Arthur M. Stock and Lane L. Vines, of the law firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, are admitted to practice *pro hac vice* as counsel for Ohio STRS in the above-captioned litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: February ___, 2008
      New York, New York


                             _____
                             United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br><div align="center">Defendants.</div> | CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br><div align="center">Defendants.</div> | CIVIL ACTION No. 07cv9837 (LBS) |

[Additional Captions on Following Page]

**PROOF OF SERVICE**

GARY KOSSEFF, individually and on behalf of all others similarly situated,

          Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,

          Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf of all others similarly situated,

          Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,

          Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all others similarly situated,

          Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSPEH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,

          Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

I, Joel B. Strauss, hereby certify that on February 8, 2008, I caused the following documents:

>     Motion to Admit Counsel Pro Hac Vice; and

>     Affidavit of Joel B. Strauss in Support of Motion to Admit Counsel Pro Hac Vice

to be filed with the Court and caused paper copies of the same to be sent via first-class mail postage pre-paid to counsel on the attached Service List.

                                                Joel B. Strauss, Esq.

Dated: February 8, 2008

**Service List**

**Jack Gerald Fruchter**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119                       representing    **Life Enrichment
212-279-5050                                             Foundation**
212 279-3655 (fax)                                       *(Plaintiff)*
JFruchter@FruchterTwersky.com
 *Assigned: 10/30/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Marc Ian Gross**
Pomerantz Haudek Block Grossman &
Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017                        representing    **James Conn**
(212)661-1100                                             *(Movant)*
(212) 661-8665 (fax)
migross@pomlaw.com
 *Assigned: 12/31/2007*
 *ATTORNEY TO BE NOTICED*

**Christopher J. Keller**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005                        representing    **Frankfurt Trust**
(212) 907-0853                                            *(Movant)*
(212) 883-7053 (fax)
ckeller@labaton.com
 *Assigned: 12/31/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**David Avi Rosenfeld**
**Samuel Howard Rudman**
Coughlin, Stoia, Geller, Rudman & Robbins,   representing   **Life Enrichment
LLP(LIs)                                                    Foundation**
58 South Service Road                                       *(Plaintiff)*
Suite 200

Melville, NY 11747
631-367-7100
631-367-1173 (fax)
drosenfeld@csgrr.com
srudman@csgrr.com
 *Assigned: 10/30/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*