USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 07cv9837 (LBS) |
| GARY KOSSEFF, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 07cv10984 (LBS) |



RECEIVED FEB 27 2008 CHAMBERS OF LEONARD B. SAND

*[Additional Captions on Following Page]*

**ORDER FOR ADMISSION PRO HAC VICE**

| | |
|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, : <br> : <br> Defendants. : | CIVIL ACTION <br> NO. 07cv11080 (LBS) |
| JAMES CONN, individually and on behalf of all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI, : <br> : <br> Defendants. : | CIVIL ACTION <br> NO. 07cv11626 (LBS) |

Upon the motion of A. Arnold Gershon, counsel for proposed lead plaintiff State Teachers' Retirement System of Ohio, and his affidavit in support thereof;

IT IS HEREBY ORDERED that

1

        M. Richard Komins
        Jeffrey A. Barrack
        Barrack, Rodos & Bacine
        3300 Two Commerce Square
        2001 Market Street
        Philadelphia, PA 19103
        Telephone: (215) 963-0600
        Fax: (215) 963-0838
        Email: mkomins@barrack.com
                jbarrack@barrack.com

are admitted to practice pro hac vice as counsel for proposed lead plaintiff State Teachers' Retirement System of Ohio in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has paid the pro hac vice fee to the Clerk of Court.

Dated: _____ Feb. 27 _____, 2008
      New York, New York

                                                        _____
                                                        United States District/~~Magistrate~~ Judge