UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No.: 07cv9633 (LBS)(AJP)(DFE) |
| | CLASS ACTION |
| This Document Relates To: ERISA ACTION | Case No.: 07-CV-10268 (LBS)(AJP)(DFE) |

---

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. On this 21st day of May, 2008, I served true and accurate copies of the Consolidated Amended Complaint (1) by hand upon Judges Sand, Eaton and Peck; and (2) via First Class mail, upon the following counsel of record:

| | |
|---|---|
| Paul Blakenstein, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br><br>*Representing Defendants E. Stanley O'Neal, Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Jill K. Conway, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, David K. Newbigging, Aulana L. Peters, Joseph W. Prueher, Ann N. Reese, Charles O. Rossotti, Louis Dimaria, and Peter Stingi* | William Edward Bernarduci, Esq.<br>Robert A. Izard, Esq.<br>Schatz Nobel Izard P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br><br>*Representing Sean Shaugnessey* |

375543.1 1

| | |
|---|---|
| Robert I. Harwood, Esq.<br>Samuel Kenneth Rosen, Esq.<br>Harwood Feffer LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY 10022<br><br>***Representing Christine Donlon*** | Katherine B. Bornstein, Esq.<br>Edward W. Ciolko, Esq.<br>Joseph H. Meltzer, Esq.<br>Joseph A. Weeden, Esq.<br>Schiffrin, Barroway, Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>***Representing Elizabeth Estey and Tara Moore*** |
| Ralph M. Stone, Esq.<br>Thomas G. Ciarlone, Jr., Esq.<br>Amanda C. Scuder, Esq.<br>Shalov Stone Bonner & Rocco, LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br><br>***Representing Mary Gidaro*** | Jay B. Kasner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br><br>***Representing Merrill Lynch & Co.*** |
| Edwin J. Mills, Esq.<br>Stull Stull & Brody<br>6 East 4th Street, 5th Floor<br>New York, NY 10017<br><br>***Representing Gregory Yashgur*** | Curtis V. Trinko, Esq.<br>Wai Kin Chan, Esq.<br>Law Office of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br><br>***Representing Elizabeth Estey and Tara Moore*** |
| A. Arnold Gershon, Esq.<br>Regina M. Calcaterra, Esq.<br>Barrack, Rodos & Bacine<br>1350 Broadway<br>Suite 1001<br>New York, NY 10018<br><br>***Representing State Teachers Retirement System of Ohio*** | Jeffrey A. Barrack, Esq.<br>M. Richard Komins, Esq.<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103<br><br>***Representing State Teachers Retirement System of Ohio*** |

| | |
|---|---|
| Arthur M. Stock, Esq.<br>Lane L. Vines, Esq.<br>Lawrence J. Lederer, Esq.<br>Merrill G. Davidoff, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>***Representing State Teachers Retirement System of Ohio*** | Donald R. Hall, Jr., Esq.<br>Frederic Scott Fox, Sr., Esq.<br>Jeffrey Philip Campisi, Esq.<br>Joel B. Strauss, Esq.<br>Robert N. Kaplan, Esq.<br>Aviah Cohen-Pierson, Esq.<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022<br><br>***Representing State Teachers Retirement System of Ohio*** |
| David A. Rosenfeld, Esq.<br>Samuel H. Rudman, Esq.<br>Coughlin, Stoia, Geller, Rudman & Robbins, LLP<br>58 south Service Road<br>Suite 200<br>Melville, NY 11747<br><br>***Representing Life Enrichment Foundation (individually and on behalf of all others similarly situated))*** | Jack G. Fruchter, Esq.<br>Abraham Fruchter & Twersky LLP<br>One Penn Plaza<br>Suite 1910<br>New York, NY 10119<br><br>***Representing Life Enrichment Foundation (individually and on behalf of all others similarly situated))*** |
| Richard B. Brualdi, Esq.<br>The Brualdi Law Firm<br>29 Broadway<br>Suite 2400<br>New York, NY 10006<br><br>***Representing Operative Plasterers & Cement Masons Local 262 Pension and Annuity Funds (derivatively on behalf of nominal defendant Merrill Lynch & Co., Inc.)*** | Jill S. Abrams, Esq.<br>Abbey Spanier Rodd Abrams & Paradis, LLP<br>212 East 39th Street<br>New York, NY 10016<br><br>***Representing Francis Lee Summers, III*** |
| Lori G. Feldman, Esq.<br>Arvind Khurana, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br><br>***Representing James Eastman*** | Sara E. Fuks, Esq.<br>Dewey & LeBoeuf, L.L.P.<br>1301 Avenue of the Americas<br>New York, NY 10019<br><br>***Representing James Eastman*** |

375543.1 1

| | |
|---|---|
| Thomas J. McKenna, Esq.<br>Gainey & McKenna, LLP<br>485 Fifth Avenue<br>Third Floor<br>New York, NY 10017<br><br>**Representing Dominick Pascullo and Raymond Gonzales** | Christopher J. Keller, Esq.<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br><br>**Representing Frankfurt Trust** |
| Marc I. Gross, Esq.<br>Pomerantz Haudek Block Grossman & Gross LLP<br>100 Park Avenue<br>26th Floor<br>New York, NY 10017<br><br>**Representing James Conn** | Thomas g. Amon, Esq.<br>Law Offices of Thomas G. Amon<br>500 Fifth Avenue<br>Suite 1650<br>New York, NY 10110<br><br>**Representing Patricia Arthur (Derivatively/Behalf of Merrill Lynch)** |
| James V. Bashian, Esq.<br>Law Offices of James V. Bahsian, PC<br>Fairfield Commons<br>271 Route 46 West<br>Suite F-207<br>Fairfield, NJ 07004<br><br>**Representing David Eidman (Derivatively/Behalf of Merrill Lynch)** | David Brower, Esq.<br>Brower Piven<br>488 Madison Avenue<br>8th Floor<br>New York, NY 10022<br><br>**Representing Miriam Loveman (Derivatively/Behalf of Merrill Lynch)** |
| Marvin L. Frank, Esq.<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016<br><br>**Representing Gary Kosseff** | Robert D. Goldbert, Esq.<br>Biggs & Battaglia<br>921 North Orange Street<br>P.O. Box 1489<br>Wilmington, DE 19899<br><br>**Representing Diane Blas (Derivatively/Behalf of Merrill Lynch/Trustee-The Ray & Virginier Intervivos Trust)** |

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>240 Mineola Boulevard<br>First Floor<br>Mineola, NY 11501<br><br>***Representing Robert Garber*** | |

_____
Theresa Graham