

FILED
IN OPEN COURT

MAR 1 2 2004

CLERK ... .T

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

MAUREEN HENRY and )
E.L. GREENFIELD, Derivatively on )
Behalf of Federal Home Loan )
Mortgage Corporation, )
) CASE NO. 03-1539 A (Cacheris)
Plaintiffs, )
v. )
)
LELAND C. BRENDSEL, DAVID GLENN, )
JOHN GIBBONS, VAUGHN CLARK )
and GREGORY PARSEGHIAN, )
)
Defendants, )
)
-and- )
)
FEDERAL HOME LOAN MORTGAGE )
CORPORATION, )
)
Nominal Defendant. )
)

### [PROPOSED] ORDER
### APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL

WHEREAS, this action is brought by Plaintiffs Maureen Henry and E.L. Greenfield ("Plaintiffs") derivatively on behalf of Federal Home Loan Mortgage Corp. ("Freddie Mac"); and

WHEREAS, Plaintiffs have served the Complaint in this action; and

WHEREAS, Freddie Mac has served an Answer to the Complaint; and

WHEREAS, Plaintiffs, having filed the first and currently only derivative action against Freddie Mac in this District and Plaintiff E.L. Greenfield being the only plaintiff in any derivative action to have made a demand on Freddie Mac's Board of Directors pursuant to Va. Code Ann. § 13.1-672.1B and Rule 23.1, Fed. R.Civ. P., submit that

they should be appointed Lead Plaintiffs in connection with any derivative litigation pending in this District and that their counsel be appointed Lead Counsel in this action;

IT IS HEREBY ORDERED, for good cause shown, as follows:

1. Plaintiff Greenfield is hereby appointed Demand Made Lead Plaintiff and Maureen Henry is hereby appointed Demand Excused Lead Plaintiff (collectively "Lead Plaintiffs") for the derivative claims asserted herein for the benefit of Freddie Mac.

2. Lead Plaintiffs' selection of Lead Counsel is hereby approved. Accordingly, Richard D. Greenfield, Esq., is hereby appointed Demand Made Lead Counsel and Jonathan W. Cuneo, Esq., is hereby appointed Demand Excused Lead Counsel (collectively "Lead Counsel") with respect to the derivative claims asserted on behalf of Freddie Mac in this litigation.

3. Lead Counsel are vested by the Court with the following responsibilities and duties:

   a. To coordinate the initiation and conduct of discovery proceedings;

   b. To coordinate the preparation and filing of subsequent pleadings;

   c. To coordinate the briefing and argument of motions;

   d. To initiate and conduct all settlement negotiations with counsel for the Defendants; and

   e. To perform such other duties, including with respect to discovery, as may be negotiated with Defendants or as may be expressly authorized by further order of the Court.

4. Lead Counsel shall perform work assignments in such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5. Lead Counsel shall have the authority to speak for the Lead Plaintiffs in matters regarding pretrial procedure and settlement negotiations. Defendants' counsel may rely upon all agreements made with the Lead Counsel or other duly authorized

2

representative(s) of Lead Plaintiffs and such agreement shall be binding on Lead Plaintiffs.

6. No motion, request for discovery or other pretrial proceeding by or on behalf of Plaintiffs shall be initiated or served by anyone except through Lead Counsel.

SO ORDERED this 12th day of March, 2004.

_____
U.S.D.J.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via first class mail on this 1st day of April, 2004, to the following:

Lee Shalov (LS7118)
Shalov Stone & Bonner
Plaintiffs Liason Counsel
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340

John G. Emerson
Emerson Poynter LLP
P.O. Box 164810
Little Rock, AR 72216-4810
(501) 907-2555

Peter Barbur (PB 9394)
Rachel G. Skaistis
Cravath Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 19919-7475
(212) 474-1000

Richard D. Greenfield (RG 4046)
Greenfield & Goodman, LLC
24579 Deep Neck Road
Royal Oak, MD 21662
(410) 745-4149

Karen L. Morris
Morris and Morris LLC
1105 N. Market Street, Suite 803
Wilmington, DE 19801
(302) 426-0400

Daniel Cobrinik (DC6406)
Attorney for Laurence Nathanson
475 Park Avenue South
16th Floor
New York, New York 10016
(212) 725-6888

DATED: April 1, 2004